```
GARY M. RESTAINO
United States Attorney
District of Arizona
EMMA H. MARK
Assistant United States Attorney
Arizona State Bar No. 032249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: emma.mark@usdoj.gov
Attorneys for Plaintiff
```

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>         vs.<br><br>Alexandra Johnson,<br><br>            Defendant. | No. CR-22-8027-PCT-JJT (MHB)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 1 |

**THE GRAND JURY CHARGES:**

On or about February 20, 2022, in the District of Arizona, ALEXANDRA JOHNSON, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of 21 United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 19, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
EMMA H. MARK
Assistant U.S. Attorney