IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Alexandra Johnson,<br><br>　　　　Defendant. | No. CR-22-08027-PCT-JJT<br><br>**ORDER** |

　　　Based upon the motion filed by the United States (Doc. 21), and no objection from the Defendant,

　　　**IT IS ORDERED** granting the United States' Motion to Dismiss Indictment (Doc. 21).

　　　**IT IS FURTHER ORDERED** that the Indictment (Doc. 1) is dismissed without prejudice.

　　　**IT IS FURTHER ORDERED** terminating as moot Defendant's Motion to Compel Discovery (Doc. 13).

　　　**IT IS FURTHER ORDERED** vacating the Final Pretrial Conference set for October 20, 2022 and the Jury Trial set for November 7, 2022.

　　　**IT IS FURTHER ORDERED** releasing the defendant as to this case only.

　　　Dated this 31st day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

(cc: USMS by CD)